# Court of Appeals
# of the State of Georgia

ATLANTA,   September 29, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0031. BATASKI BAILEY v. WELLS FARGO BANK, N. A.

Bataski Bailey filed an application for discretionary appeal from the trial court's order confirming an arbitration award. However, no provision of OCGA § 5-6-35 (a) requires the filing of a discretionary application from such an order. Therefore, the order is subject to direct appeal. See, e. g., *Green Tree Servicing v. Jones*,  Ga. App.  (Case No. A14A2001, decided July 16, 2015).

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  In this case, however, Bailey has already filed a notice of appeal from the trial court's order. Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   09/29/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*